*ISRAEL GROSSMAN*
*508 AVENUE L*
*BROOKLYN, NEW YORK 11230*

FILED

JUL 18 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

July 15, 2011

Mr. William Putnicki
Clerk of Court
United States District Court
Western District of Texas
200 East Wall Street, Suite 107
Midland, Texas 79701

RE:  MO-11-CV-00043-HLH
     Shoshana Trust, Et Al v. Michael Raleigh, Et Al

Dear Mr. Putnicki:

   Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure I respectfully bring to the Court's attention a decision by the United States Supreme Court in *Smith et al v. Bayer Corp.*, 564 U.S. ___ (2011), *reversing* 593 F.3rd 716 (8th Cir. 2010). Bayer was relied upon by Respondents and the lower court to justify an exception to the Anti-Injunction Act in the instant case. By copy of this letter I am advising Respondents' counsel of the June 16, 2011 reversal by the Supreme Court.

Very truly yours,

*[signature]*
Israel Grossman

cc: Honorable Harry Lee Hudspeth