IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
NOV 29 2011

| SHOSHANA TRUST, et al., | § | |
|---|---|---|
| Appellants, | § | |
| v. | § | No. MO-11-CA-43-H |
| MICHAEL RALEIGH, et al., | § | |
| Appellees | § | |

**ORDER**

This was an appeal of eighteen separate orders of the United States Bankruptcy Court issued in Bankruptcy Case Number 07-70121-RBK, Adversary No. 10-7011. Seventeen of those appeals have been dismissed. Remaining in this case is Appellant Grossman's appeal of the Bankruptcy Court's order granting Defendant Thomas E. Kelly's motion to dismiss (Bkrty. Doc. 119). It has come to the Court's attention that the resolution of this case will likely require the application of the recent Supreme Court case, *Stern v. Marshall*, 131 S.Ct. 2594 (2011). The Court requires briefing on this issue.

It is therefore ORDERED that Appellant Grossman file a brief discussing the application of *Stern v. Marshall* to this appeal by December 5, 2011. Appellee's brief must be filed within 15 days of the filing of Appellant's brief.

SIGNED AND ENTERED this 23d day of November, 2011.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE